UNITED STATES FEDERAL COURT
DISTRICT OF MAINE

| | |
|---|---|
| KYLE BEROUNSKY, )<br>)<br>Plaintiff, )<br>v. )<br>) Civil Action No.<br>OCEANSIDE RUBBISH, INC., )<br>)<br>Defendant. )<br>) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendant Oceanside Rubbish, Inc. ("Defendant"), hereby gives notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, of the above-captioned matter now pending in the Maine Superior Court, York County, Docket No. ALFSC-CV-2020-006 (the "Action"). As grounds for removal, Defendant states:

1. Plaintiff Kyle Berounsky ("Plaintiff") commenced this suit, which alleges various federal and state law civil rights violations, by filing a Complaint in the Superior Court, York County, (the "Complaint"). A copy of the Complaint is attached hereto as **Exhibit A**.

2. On or about January 6, 2020, via electronic mail, Plaintiff inquired as to whether Attorney Ann M. Freeman was authorized to accept service on behalf of Defendant in this action.

3. On or about January 7, 2020, Attorney Ann M. Freeman accepted service on behalf of Defendant.

4. In Paragraphs 31 and 37 of the Complaint, Plaintiff alleges that Defendant discriminated and failed to accommodate his disability in violation of the American With Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq.*

5. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter with it being an action which asserts a federal question and claims under the ADA, 42 U.S.C. §§ 12101 *et seq.* Moreover, this Court has jurisdiction over Plaintiff's State law claims pursuant to 28 U.S.C. § 1367 because Plaintiff's State law claims are inextricably intertwined with the causes of action over which this Court has original federal question jurisdiction as they are premised on the exact same alleged facts and transactions. Therefore, Defendant may remove this action from the Maine Superior Court for York County to the United States District for the District of Maine pursuant to 28 U.S.C. §§ 1441 *et seq.*

6. This Notice of Removal is timely as it is being filed within the thirty (30) days required under 28 U.S.C. § 1446(b) after receipt by Defendant of the Complaint.

7. A copy of all processes, pleadings, and orders served upon or by Defendant in the Action are attached here as **Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

8. Venue is proper in the District of Maine because the Action is pending within the jurisdictional confines of this District. *See* 28 U.S.C. §§ 1391(b), 1441(a). Accordingly, this case may be removed to this Court because the United States District Court for the District of Maine is the district encompassing the State court were the case is pending.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant, this same day, is filing a copy of this Notice of Removal with the Maine Superior Court, York County, and sending a copy to counsel for the Plaintiff. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

WHEREFORE, Defendant Oceanside Rubbish, Inc., requests that the action now pending against it in the Maine Superior Court, York County, Docket No. ALFSC-CV-2020-006, be removed to the United States District Court for the District of Maine.

DATED at Portland, Maine this 24th day of January 2020.

                                        */s/ Ann M. Freeman*
                                        Ann M. Freeman, Esq.
                                        William J. Wahrer, Esq.
                                        BERNSTEIN SHUR
                                        100 Middle Street, P.O. Box 9729
                                        Portland, Maine 04104-5029
                                        (207) 774-1200
                                        afreeman@bernsteinshur.com
                                        wwahrer@bernsteinshur.com

                                        Attorneys for Defendant Oceanside Rubbish, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2020, I filed by email to "newcases.portland.med@uscourts.gov" the above document and that I served a copy of the above document on Plaintiff through counsel and on the York County Superior Court by First Class Mail, postage prepaid, and addressed as follows:

Jeffrey Bennett, Esq.
LEGAL-EASE, LLC
MALLSIDE PLAZA
198 Maine Mall Rd., #15
South Portland, ME  04106

Julie Howard, Manager of York County Court Operations
York County Superior Court
P.O. Box 160
Alfred, ME 04002-0160

/s/ Ann M. Freeman
Ann M. Freeman, Esq.
William J. Wahrer, Esq.
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029
(207) 774-1200
afreeman@bernsteinshur.com
wwahrer@bernsteinshur.com

Attorneys for Defendant Oceanside Rubbish, Inc.